# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER ROGERS

NO. 2020 KW 0186

MAY 2 8 2020

---

In Re: Christopher Rogers, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-18-0740.

---

BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.**

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT